**FILED**

May 21, 2025

**Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court**

## 15-25-00095-CV

TRIAL COURT CAUSE NO. 24-BC01B-0010

| | |
|---|---|
| § | IN THE BUSINESS COURT |
| § | |
| § | OF TEXAS |
| § | |
| § | DIVISION 1B |
| § | |

### BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: April 28, 2025

Type of Order (Interlocutory or Final): Interlocutory

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: May 19, 2025

Name of judge who entered judgment: Bill Whitehill

Name of court reporter:

    Address of court reporter:

Name of attorney on appeal: Stephen Shackelford, Jr.  SB#: 24062998

    Attorney Address: 1000 Louisiana Street, Suite 5100, Houston, Texas 77002

    Attorney E-Mail Address: sshackelford@susmangodfrey.com

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: Roger B. Cowie

    Attorney Address: 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201

    Attorney E-Mail Address: roger.cowie@troutman.com

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On May 21, 2025          By:      AJ      (clerk's initials)

E-filed in the Office of the Clerk
for the Business Court of Texas
5/19/2025 5:09 PM
Accepted by: Alexis Jennings
Case Number: 24-BC01B-0010

NO. 24-BC01B-0010

| | | |
|---|---|---|
| PRIMEXX ENERGY OPPORTUNITY FUND, LP and PRIMEXX ENERGY OPPORTUNITY FUND II, LP, | § § § § § § § | IN THE BUSINESS COURT |
| Plaintiffs, | § § | |
| v. | § § | FIRST BUSINESS COURT DIVISION |
| PRIMEXX ENERGY CORPORATION, M. CHRISTOPHER DOYLE, ANGELO ACCONCIA, BLACKSTONE INC., BLACKSTONE HOLDINGS III LP, BLACKSTONE EMA II LLC, BMA VII LLC, BLACKSTONE ENERGY MANAGEMENT ASSOCIATES II LLC, BLACKSTONE ENERGY PARTNERS II LP, BLACKSTONE MANAGEMENT ASSOCIATES VII LLC, BLACKSTONE CAPITAL PARTNERS VII LP, BCP VII/BEP II HOLDINGS MANAGER LLC, BX PRIMEXX TOPCO LLC, and BPP HOLDCO LLC, | § § § § § § § § § § § § § § § § § § § | DALLAS COUNTY, TEXAS |
| Defendants. | | |

## NOTICE OF APPEAL

Plaintiffs Primexx Energy Opportunity Fund, LP and Primexx Energy
Opportunity Fund II, LP ("Plaintiffs") state and give notice of their intent to
appeal the Order entered on April 28, 2025 in the above-captioned matter
*Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund*

1

*II, LP v. Primexx Energy Corporation, et al.*, Cause No. 24-BC01B-0010, in the First Division of the Texas Business Court in Dallas, Texas, and all other rulings and order ancillary to the April 28, 2025 Order. Plaintiffs appeal to the Fifteenth Court of Appeals. The April 28, 2025 Order granted the special appearances of Defendants Blackstone Inc. and Angelo Acconcia. The appeal does not involve any matters described in Texas Rule of Appellate Procedure 25.1(d)(9).

Dated: May 19, 2025

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Stephen Shackelford, Jr.*
    Stephen Shackelford, Jr.
    State Bar No. 24062998 (TX)
    sshackelford@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer (*pro hac vice forthcoming*)
    State Bar No. 54534 (CA)
    mseltzer@susmangodfrey.com
    Bryan Caforio (*pro hac vice*)
    State Bar No. 261265 (CA)
    bcaforio@susmangodfrey.com
    SUSMAN GODFREY L.L.P.

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Lindsey Godfrey Eccles (*pro hac vice*)
State Bar No. 33566 (WA)
leccles@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Sarah Hannigan (*pro hac vice*)
State Bar No. 5961248 (NY)
shannigan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiffs Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on May 19, 2025, a true and correct copy of the above and foregoing instrument was properly forwarded to the following counsel of record in accordance with Rule 21 of the Texas Rules of Civil Procedure as indicated below:

<u>*/s/ Stephen Shackelford, Jr.*</u>
Stephen Shackelford, Jr.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephen Shackelford on behalf of Stephen Shackelford
Bar No. 24062998
sshackelford@susmangodfrey.com
Envelope ID: 101021223
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 5/20/2025 7:52 AM CST

Associated Case Party: BLACKSTONE HOLDINGS III LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher W.Patton | | cpatton@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Christopher Schwegmann | | cschwegmann@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |
| Kyle Gardner | | kgardner@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Shackelford | | sshackelford@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 5/19/2025 5:09:35 PM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 5/19/2025 5:09:35 PM | SENT |

Associated Case Party: M. CHRISTOPHER DOYLE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| M. TaylorLevesque | | taylor.levesque@troutman.com | 5/19/2025 5:09:35 PM | SENT |
| Louisa Karam | | louisa.karam@lockelord.com | 5/19/2025 5:09:35 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephen Shackelford on behalf of Stephen Shackelford
Bar No. 24062998
sshackelford@susmangodfrey.com
Envelope ID: 101021223
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 5/20/2025 7:52 AM CST

Associated Case Party: M. CHRISTOPHER DOYLE

| | | | | |
|---|---|---|---|---|
| Louisa Karam | | louisa.karam@lockelord.com | 5/19/2025 5:09:35 PM | SENT |
| Theressa Washington | | Theressa.Washington@lockelord.com | 5/19/2025 5:09:35 PM | SENT |
| Roger BCowie | | Roger.Cowie@troutman.com | 5/19/2025 5:09:35 PM | SENT |

Associated Case Party: PRIMEXX ENERGY CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gary Vogt | | gvogt@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Laura QuinnBrigham | | laura.brigham@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 5/19/2025 5:09:35 PM | SENT |
| Karyn Cooper | | karyn.cooper@kirkland.com | 5/19/2025 5:09:35 PM | ERROR |

Associated Case Party: Primexx Energy Opportunity Fund, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bryan Caforio | | bcaforio@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 5/19/2025 5:09:35 PM | SENT |



The Business Court of Texas,
1st Division

PRIMEXX ENERGY
OPPORTUNITY FUND, LP and
PRIMEXX ENERGY
OPPORTUNITY FUND II, LP,
*Plaintiffs*,

v.

PRIMEXX ENERGY
CORPORATION, et al., *Defendants*

§
§
§
§
§
§
§
§
§

Cause No. 24-BC01B-0010

## ORDER

Before the court are special appearances by Defendants Angelo Acconcia filed on October 30, 2024, and Blackstone Inc. filed on February 14, 2025. The court considered those special appearances, the responses, the pleadings, the material on file, and counsels' arguments.

Based on the above, the court concludes that it lacks personal jurisdiction over those defendants and grants their special appearances.

Accordingly, the court dismisses plaintiffs' claims against Angelo Acconcia and Blackstone Inc. without prejudice.

So ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED:  April 28, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100156870
Filing Code Description: No Fee Documents
Filing Description: Order on Acconcia and Blackstone Special Appearances
Status as of 4/28/2025 11:58 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher W.Patton | | cpatton@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Stephen Shackelford | | sshackelford@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| M. TaylorLevesque | | taylor.levesque@troutman.com | 4/28/2025 11:53:29 AM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Karyn Cooper | | karyn.cooper@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Gina Flores | | gflores@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Roger BCowie | | Roger.Cowie@troutman.com | 4/28/2025 11:53:29 AM | SENT |
| Jeremy Fielding | | jeremy.fielding@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 4/28/2025 11:53:29 AM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Laura QuinnBrigham | | laura.brigham@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Christopher Schwegmann | | cschwegmann@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100156870
Filing Code Description: No Fee Documents
Filing Description: Order on Acconcia and Blackstone Special Appearances
Status as of 4/28/2025 11:58 AM CST

Case Contacts

| Yaman Desai | | ydesai@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
|---|---|---|---|---|
| Kyle Gardner | | kgardner@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |
| Louisa Karam | | louisa.karam@lockelord.com | 4/28/2025 11:53:29 AM | SENT |
| Theressa Washington | | Theressa.Washington@lockelord.com | 4/28/2025 11:53:29 AM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 4/28/2025 11:53:29 AM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 4/28/2025 11:53:29 AM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 4/28/2025 11:53:29 AM | SENT |